## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

DARNEll DUETT

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

THOMAS DART

"JANE" Churchill

"John" young

"John" BRANCH

"JANE DOE"

"Jane DOE"

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

# RECEIVED

MAY 2 7 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**1:16-cv-5695**
**Judge Thomas M. Durkin**
**Magistrate Judge Mary M. Rowland**
**PC1**

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.**   **Plaintiff(s):**

A.   Name: DARNEll DUETT

B.   List all aliases: N/A

C.   Prisoner identification number: 20140626293

D.   Place of present confinement: Cook county Jail

E.   Address: P.o. Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: ThoMas DART

Title: SHERIFF

Place of Employment: Cook county Jail

B.   Defendant: "JANE" Churchill

Title: MEntal Health Specialist

Place of Employment: Cook county Jail

C.   Defendant: "John" young

Title: MEntal Health Specialist

Place of Employment: Cook county Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

**I.** **Plaintiff(s):**

    **A.** Name: DARNEll DUETT

    **B.** List all aliases: N/A

    **C.** Prisoner identification number: 20140626293

    **D.** Place of present confinement: Cook County Jail

    **E.** Address: P.c. Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.** **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    **A.** Defendant: "JOHN BRANch"

    Title: Mental Health Specialist

    Place of Employment: Cook County Jail

    **B.** Defendant: "JANE DOE"

    Title: Psychiatrist

    Place of Employment: Cook County Jail

    **C.** Defendant: "JANE DOE"

    Title: Psychiatrist

    Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: <u>Excessive force, failure to protect</u>
<u>File No: 14-06-086 / 13C 3533,</u>

B. Approximate date of filing lawsuit: <u>5-13-13</u>

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
<u>DARNELL DUETT</u>

D. List all defendants: <u>BOONE, tom Dart, JONES Et al</u>

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): <u>NORTHERN District of Illinois</u>

F. Name of judge to whom case was assigned: <u>THOMAS M. DURKIN</u>

G. Basic claim made: <u>failure to Protect, EXCESSIVE force</u>

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): <u>SEttlement</u>

I. Approximate date of disposition: <u>2-17-15 N/A</u>

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III List all lawsuits (you and your co-plaintiffs, if any) have filed in any State or federal Court in the United States:

A: Name of case and docket number: EXCESSIVE force   15 cv 7007, 15c 7007

B. Approximate date of filing lawsuit: Aug 10 - 15

C. List Plaintiffs (If you had co-plaintiffs), including any aliases: DARNELL DUETT

D. List all defendants: TOM DART, John DOE, L. GuaDarrama

E. Court in which the lawsuit was filed (if federal court, name the district; if State court, name the county): northern District of Illinois

F. Name of Judge to whom case was assigned: Thomas M. Durkin

G. Basic claim made: EXCESSIVE force

H. Disposition of this case (for example: was the case dismissed? was it appealed? is it still pending?): PENDING

I. Approximate date of disposition   N/A

III List all lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 13 C 4500

B. Approximate date of filing lawsuit: 3-13-13

C. List all plaintiffs: DARNELL DUETT

D. List all Defendants: Victor Thomas, Tom DARt

E. Court in which lawsuit was filed: northern District

F. Name of Judge to whom case was assigned: THomas Durkin

G. Basic claim made: Excessive force failure to Protect

H. Disposition of this case: Settled

I. Approximate date of disposition: N/A

III. List all lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the united states.

A. name of case and docket number: 13 C 4501

B. Approximate date of filing lawsuit: 4-13-13

C. List All plaintiffs: DARNELL DUETT

D. List All Defendants: Tom DART, Victor Thomas

E. court in which lawsuit was filed: northern District

F. name of Judge to whom case was assigned: THomas Durkin

G. Basic claim made: cruel and unusal punishment

H. Disposition of this case: Dismissed

I. Approximate date of disposition: N/A

III list all lawsuits you have filed in any state or federal court in US.

A. Name of case and docket number; 1:16-cv-4845

B. Approximate date of filing lawsuit; 4-29-16

C. list plaintiffs; DARNELL DUETT

D. list all defendants; Thomas DART, Dir JoNES, Dir moore, c/o MaczARNA, com Dominguez, peck, daily, Brown, riley, VERTEN, Lift Short, Jane Doe, John Doe, John Doe

E. Court in which the lawsuit was filed; Northern District

F. Name of Judge to whom case was assigned; Thomas M. Durkin

G. Basic claim made; DELiberate iNdifference

H. Disposition of this case; Still pending

I. Approximate date of disposition; N/A

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is
involved, including names, dates, and places. **Do not give any legal arguments or cite any
cases or statutes.** If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets
if necessary.)

("1") I ARRiVEd from StateVill C.C. to CCDoC oN 9-30-15,
NEW inmates are assigned to Divisions upon arrival at
this institution and remain there for a period in
which staff Evaluates their program and medical needs,
their behavior and their adjustment, after which they
are assigned to an appropriate level ("2") All of defendants Inmates
proposals are undisputed. Before being transferred to
Division 8 RTu, inmates are Evaluated by a psychologist
or psychiatrist at the CCDoC. This initial Screening is
intended to review and detail the inmates mental health
history. If the mental health professional conducting this
initial screening concludes that the transfer to Division
8 RTu would be beneficial to the inmate mental health,
the inmate will be transferred ("3") Upon information
and belief Many inmates have been rejected for
Division 8 RTu because of this initial screening. No
inmate has EVER been transferred to Division 8 RTu after
having been deemed inappropriate for placement there.

4

In practice, this initial screening is perfect, inmates is given mental illness screening tools, my screening tool filled out incorrectly By("JANE DOE") Stated that i could go a month without my medication("4.") I have previous hospitalizations, a clinical file indicating that i had been hospitalized on several occasions, most before my incarc- eration and some after. After the inital screening is complete by "JANE DOE", upon information and belief the form is forwarded to the CCDOC director of psychiatric services. The director reviews the initial screening and either affirms the decision, reverses the decision or contacts the person ("JANE DOE") who conducted the initial screening for clarif- ication or additional information. If the inmate is approved for transfer to Division 8 RTU by the sending institution and the director of psychiatric services, he will be transferred to Division 8 RTU. Many inmates are socially isolated by age, illness, incapacity, hearing loss, blindness or physical geography. This procedure only Exacerbutes a sense of hopelessness("5") Also after arrival at RTU inmates undergo an additional Screening conducted by one of RTU PhD level psychologists. This screening consists of a review of the previous screening form, a lengthy interview with the inmate, observation of

5

the inmate and a thorough review of the inmate clinical file ("6") If following this screening evaluation or upon observation of the inmate behavior upon arrival at RTU the Psychologist does not believe the inmate is appropriate for placement at RTU ("JANE DOE") has the authority to recommend the inmate for transfer to another Division or a mental health treatment. These steps has been taken by mental health specialist Ms. Churchill, Mr. young and mr. branch and still i haven't received my medication ("7") Despite the screening mechanisms in place to screen inmates for mental illness before transfer to RTU Doctors (JANE DOE) determind that many of the inmates confined at RTU do in fact suffer from serious mental illnesses ("8") Unit staff and members of the mental health staff discuss each inmate on a weekly basis at unit meetings. These meetings provide the mental health staff with a formal opportunity to discuss the condition of the inmates with the unit staff who see the inmates on a daily basis and often recognize subtle changes in mood behavior, RTU staff also hold weekly meetings. So upon information and belief me not been given my medication that i take for a serious mental illnesses have came up at least twice during my weeks here. I even put in multiple medical request slips complaing about my medication ("9") I talked to mental health specialist "Jane" Churchill and "John" young on 10-7-15 and after that meeting i was told that i will be getting my medication. After not receiving my medication i put in more health request slips, and i was called to talk to "John" Branch on 10-14-15. I was told that my chart was mixed up, and i'll be getting my meds, i also talked to mental health specialist "John" branch on 10-13-15. I was only told that something was going to be done, after waiting i have put in more slips,

("10) That is when i was called to talk to "JANE" churchill and "John" young on 10-17-15. And i was told quote; "if you keep bothering us about your medication you are going to be kicked out from 4F Rtu Div8 and placed in segregation" unquote. That's neglect and deliberate indifference. Especially in cases where as i am suffering acute symptoms and the mental health staff is of opinion that the inmate such as myself should be transferred to segregation were as i am only exhibiting symptoms of mental illness ("11") There is more than negligible and they mental health staff had many chances to succed on the problem, they were not adequate nor legal remedy and irreparable reasons for (JANE DOE) not to give me my medications.

("12") Then there is this level system that are in place to help mental ill inmates adapt, mentally ill inmates have difficulty following the rules necessary to advance up. The level system and as a result, find "inmates "stuck" in p3, sometimes p2 and only rarely p1.

("13") Mental health problems interfer with my ability to follow rules and make rational choices. It is common for CCDOC to transfer inmates from one doctor to another; transfers occur on a daily basis. So defendant's should be held liable under the consatution for acting with deliberate indifference to my health and safety only cause they known that i face a substantial risk of substantial harm and disregards my risk by failing to take resonable measures to reduce harm. ("14") I have to endure horrific suffering of a serious mental disorder and major exacerbation of an existing mental illness before obtaining relief. Deliberate indifference requires that the officials must both be aware of facts from which the inference could be drawn that a substantial risk of serious harm exists, and draw the inference. The circumstances suggest that the officials were exposed to

information about the risk and thus must have known about it, that evidence alone could be sufficient to allow a trier of fact to find actual knowledge. officials can show that they were aware of the risk and never took reasonable steps to prevent the risk of any further harm. Irreparable harm, even if temporary. put more specifically, pain, suffering and the risk of death constitute "irreparable harm" sufficient to support a preliminary injunction in prison. ("15") Subjecting individuals to conditions that are very likely render them psychotic and inflict a serious mental illness or seriously exacerbate an existing mental illness squared with evolving standards of humanity or decency, especially when certain officals have ignored them. All the evidence present and submitted to the court are facts undisputed ("16") psychiatrist has already evaluated me to determine i was suffering from a serious mental illness and, so i was transfered to an inpatient psychiatric facility. So i have more than negligible chance of success an the merits and that the balance of harms weighs in my favor. I have a high risk of breaking down and attempting suicide ("17") So for a seriously mentally ill inmate, this conditions are devastating. Aspects of these conditions appear to bear relation to security concerns, a risk this grave, this shocking and indecent simply has no place in civilized society ("18") Mentally ill inmates may not understand the written rules and may not know how to make (or are incapable of making) their behavior comply with those rules ("19") Files of me who have been admitted repeatedly to psychiatric hospitals, and how i have been prescribed strong antipsychotic and mood-regulating medications and have been treated for serious mental

illnesses for most of my life. However, an inmate can malinger and have a serious mental illness at the same time. So some inmates have to manipulate to a certain extent in order to get the attention they need. Which provides reasonably strong evidence of a serious mental disorder; confirmed serious mental illness by evaluation of a mental health professional with the assessment recorded. ("20") The symptoms of a mental illnesses are always present in mentally ill person. So it is not unusual for an inmate that have gone weeks without his medication an serious mental illness to report that he is suffering. I have been suffering from serious and long-term mental illnesses, including psychotic disorders and severe affective disorders. ("21") I have been also suffering psychiatric reactions to the conditions of confinement in Division 8 RTU. I've attempted suicide twice since i have been here. And there is no reason for them to not give me my medication at the present time. I've experiences auditory hallucinations from time to time i feels entirely incapable of controlling my anger. I have been prescribed psychotropic medication approximately 80% of my life ("22") Tom Dart had rtu Division 8 built, the unit is devastating mental health effects of isolation confinement. We as inmates in 4f Rtu experience limited social interaction and almost total idleness, are fed in the unit and have very limited out-of-unit activities ("23") Almost every aspect of daily life is controlled and monitored. Remote controlled doors and mirror glass minimize contact even further, there is no access to the outdoors adequatly. This is considered a hardship. Mentally ill inmates have a difficult time handling these conditions of extreme social "isolation"

and sensory deprivation (24) placing mentally ill inmates and those at Division 8 Rtu 4f increased risk for mental illness in the housing unit is the mental equivalent of putting an asthmatic in a place with little air to breathe. The risk is high enough, and the consequencess serious enough were as any inmate on there medication are not capable of maintaining their sanity in such an extreme and stressful enviroment ("25") no amount of programming could compensate for the physical isolating that they are "toxic" for seriously mentally ill inmates. There is no legitimate penological reason for restricting inmates in Div8 Rtu 4f to five hours of recreation ("26") It seems as though (Tom Dart) has taken steps to make our/my life as miserable as possible for inmates. This isolated confinement intensifies symptoms for those prone to mental illness. The almost total isolation and inactivity deprive seriously mentally ill inmates of reality checks. (27") I have not received adequate feed-back to keep my psychosis in check ("28") Mentally ill inmates in isolated conditions lose total control of their lives. I feel incapable of being an active agent in my life; this feeling exacerbates depressive tendencies. Without interaction and without diural rhythms provided, i have lose my sense of time and of the future, leading to great despair and hopelessness. This sense of doom is compounded when i am not capable of following the rules necessary to earn my way out of the most restrictive/ Maximum/P3 status. The conditions at Rtu 4f as among the most restrictive i have ever seen, in my view, they "border on barbarism". ("29") Inmates in 4f unit are allowed only a couple of hours of exercise a week in an exercise area which is nothing more than a slightly little version of the unit 4f. There is no adequate exercise equipment of any rightous kind, it would be possible to

install Equipment that would not pose Security threat to staff or inmates. The room is to small for Jogging. All it will accommodate is pacing or Exercises such as sit-ups, jumping jacks or dips that inmates could do in their own unit. For mentally ill inmates, recreation time is especially important. (30) Mentally ill inmates are not necessarily literate; I do not read to maintain a sense of self but need Exercise, activity and time outside the unit. officer's/Co's decide when inmates will Exercise, there is not regular Exercise schedule (31") confined in a maximum security unit such as 4F is known to cause severe psychiatric morbidity, disability, suffering and mortality. Inmates in housing units who have no history of mental illness and who are not prone to psychiatric decompensation (breakdown) often develop a constellation of symptoms known as Housing unit syndrome. Although Hu syndrome is not an officially recognized diagnostic categor, it is made up of official diagnoses such as paranoid delusional disorder, dissociative dissociative disorder, schizophrenia and panic disorder. The Extremely isolating conditions in Ritu 4F causes Hu syndrome in relatively healthy inmates who have histories of mental illness, as well as inmates who have never suffered a breakdown in the past but are prone to break down when the stress and trauma become Exceptionally severe. The unit remain illuminated 24 hours a day inmates can't change the lighting, C/o's may change lighting in the unit from low setting to high but they will not turn them off altogether. For mentally ill inmates, the constant illumination discupts their diurnal rhythm and adds to the sense of disorientation, Especially when i do not know the time of day (32) The constant lighting creates a sense of lack of control and passivity in mentally ill inmates and contributes to sleep problems and headaches that Exacerbate the symptoms of mental

illness. for mentally ill inmates, Extreme light poses special risks. The unit lights are objectionable impediment to sleeping when turned to the low intensity ("33") So to be faced with these problems minus my medication for weeks have created more mental problems for me. Defendants failed to provide me adequate medical treatment that also constitute cruel and unusual punishment. officals also acted with deliberate indifference to my health and safety cause the knew the substantial risk of substantial harm i faced without my medication and disregard- ed that risk by failing to take resonable measures to reduce that harm ("34") The conditions of division 8 Rtu 4f deprive inmates of the minimal civilized measure of lifes necessities. Rtu8 4f inflict a serious mental illness, great exacerbate mental illness, and deprive me of my sanity. Division 8 Rtu 4f have crossed into the realm of psychological torture. The same standards that protect against physical torture prohibit mental torture as well - including the mental torture of excessive deprivation. Moreover, it is not suprising that the medication reduce symptoms; this is what these medication are designed to do. What is suprising is that i have been without my medication for weeks ("35") This argument is not persuasive; My cli- nical charts shows that i have been treated for various symptoms of mental illness for most of my life. ("36") Taking the circumstances as a whole, it has been demonstrated more than a negligible chance of establishing that the conditions on 4f are more harsh toward mentally ill inmates. And i am not required to endure the horrific suffering of my serious mental disorder or major exacerbation of an existing mental illness before obtaining relief. I have suffered; pain, increased depression, hallucination and the risk of death without my medication which are irreparable harm, destalization and acute suicidality.

("37") officials acted with deliberate indifference to a serious medical need. I relyed on CCDOC doctor's ("JANE DOE") to treat my medical needs, the authorities fail to do so. So my need for my medication for being shot in the head, leg and arm, was never met. My right to adequate medical care has been violated, my medical needs are serious. I have been shot more then three times and my head, leg, and arm continue to go numb and hurt. ("38") I have been told by a physician that i will be faced with these problems for the rest of my life. And as i go without my adequate medication my suffering get worser and my pain get worser. My medical needs has been diagnosed by a physician mandating treatment, and my medical need is so obvious that even a lay person would easily recognize the necessity for a doctor's attention. ("39") CCDOC ("JANE DOE") Doctor's fail to treat my condition which resulted in further significant injury. And CCDOC ("JANE DOE") Actions were unnecessary and wanton infliction of pain. My condition significantly affects my daily activities; and i have chronic and serious pain and i been going on with suffering after i continue to write medical request slips, and talking to nurses still i have not seen a doctor since 9-30-15 until ("40") I've named Ms. Churchill as JANE DOE, becaues i don't know her first name, i also named Mr. Branch and Mr. young as John Does, Because i don't know they first names. The JANE DOE's can be reveald by Thomas Dart, and any other of the first names.

("41") The defendants deliberate indiffecence of my Serious medical need to wit; the defendants failed to adequattly remedy my physcological illentss by failing to give me my proper medication ("42") I was also subjected to conditions that amounted to punishment, when i was kicked out of division 3 Rtu and sent to an Even violent division. Division 10. During my time in division 10 without my medication i have been in, multiple fights, i have been stabbed in my mouth. (43) I was denied my right to press charges on an inmate that stabbed me. I been placed in multiple contaminated cells. The grievances i submitted clearly shows that i have been punished more cruel than before i started to complain about my correct medication. ("44") I Also bring forth a claim against Thomas Dart because he are the sheriff of cook county Jail, So he are held liable for any and all things that happen to violate my rights. Multiple of my rights have been violated at cook county Jail, Most i don't know. But I do have Grievances as my Exhibits, So i will be needing help with the others, see exhibits.

**V.     Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Each defendant is sued individually and in his/her official capacity, at all times mentioned in this complaint each defendant acted under the color of state law. punitive damages in the amount of 100,000 against each defendant. Compensatory damages in the amount of 100,000 against each defendant, Jointly and Severally. plaintiff cost in this suit any legal fees any out of court fees and Injunction, and any additional relief this court deem Just.

**VI.     The plaintiff demands that the case be tried by a jury.**   ☒ YES     ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20 _____

_____

_____Darnell Duett_____
(Signature of plaintiff or plaintiffs)

_____DARNELL DUETT_____
(Print name)

_____2014 0626293_____
(I.D. Number)

_____

_____P.O. BOX 089002_____

_____Chicago, IL  60608_____
(Address)

6

# Color of law

1. Thomas Dart.

2. "Jane" Churchill

3. "John" young

4. "John" Branch

5. "Jane Doe"

6. "Jane Doe"

Were all under the color of law, when they actions violated my constitution right's

# Legal Claims

The deliperate indifference to medical needs, violated Darnell Duett rights and constituted cruel and unusual punishment, due process violation under the state contitutional.

The plantiff has no adequate or complete remedy at law to redress the wrong described herein. Plaintiff has been and will continue to be irreparably insured by the conduct of the defendants unless this court grants the declaratory and insunctive relief which plaintiff seeks.

A declaration that the acts and omissions described herein violated Plaintiff rights under the constitution and laws of the united state.

Each defendant in my case acted in a way or fail to act in a way that led to the violation of my rights. which is called Cousation.

Plaintiff Nominal Damages rights was also violated, free exercise clause.

The defendants action were motivate by evil motive or intent and involved reckless and callous indifference to plaintiff. rights.

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| EXHIBIT "A" | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| DUETT | DARNEll | 20140626293 |
| **DIVISION** *(Division):* 8-RTU | **LIVING UNIT** *(Unidad):* 4 F | **DATE** *(Fecha):* 10-8-15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 10-8-15 | 7:00 | 4-F RTU - DIV 8 |

I'VE BEEN in this building for more then a week
and i still haven't been giving my meds which are phyc
meds and i "NEED MY MEDS" I'VE talk to Ms. Churchill
and mr.young about my meds

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

CAN i PlEASE get my mEds

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* |
|---|---|
| | Darnell Duett |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| CRW Bodea | | 10/13/15 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

| (FCN-40)(SEP 14) | **(WHITE COPY** – INMATE SERVICES) | **(YELLOW COPY** – CRW/PLATOON COUNSELOR) | **(PINK COPY** – INMATE) |

COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| EXHIBIT # B | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| DUETT | DARNEll | 2014-0626293 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| RTU-8 | 4F | 10-14-15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 10-14-15 | 7:00 A.M. | 4F |

BEForE i arrived to Cook County Jail from Stateville corrections i was taking PAmlar, ATAXER, Vistarel, trmadale, which are serious health medication. And i arrived on 9-30-15. And 'til this day which is 10-14-15 i havent been given nothing but tylenol which is nothing Compared to what i am PrescribEd For. I take physic meds and health meds, and i havent been able to function propertly without my meds

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I need my medication, i have wrote multi medical request to get my meds. So can i please get my medication

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* |
|---|---|
| DARNEll Briscoe and all the Doctors | Darnell Duet |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| Cw Booker | | 10/14/15 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-40)(SEP 14)  **(WHITE COPY** – INMATE SERVICES)  **(YELLOW COPY** – CRW/PLATOON COUNSELOR)  **(PINK COPY** – INMATE)

EXHIBIT C

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

0506806

☑ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

CONTROL #
2015 X 5745

| INMATE INFORMATION *(Información del Preso)* | | |
|---|---|---|
| INMATE LAST NAME *(Apellido del Preso):* Duett | INMATE FIRST NAME *(Primer Nombre):* Darnell | ID Number *(# de identificación):* 20140626293 |

**GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE**
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
200- Medical Treatment

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel):

DATE REFERRED: 10 / 14 / 15

RESPONSE BY PERSONNEL HANDLING REFERRAL:
Seen by psychiatry 10/22     provider
9/30     evaluation Continue

PERSONNEL RESPONDING TO GRIEVANCE (Print):       SIGNATURE:       DIV. / DEPT.       DATE: 10 / 28 / 15

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):       SIGNATURE:       DIV. / DEPT.       DATE: _ / _ / _

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):* Darnell Duett

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):* 11 / 16 / 15

**INMATE'S REQUEST FOR AN APPEAL** *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* 11 / 16 / 15

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):*
I've been putting in HSRF since i've arrived and all i've been given was tylonal I have more then pain problems, i have nerd damage in multiple places which Numbs my body in multi places

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿ Apelación del detenido aceptada por el administrador o/su designado(a)?    Yes *(Si)* ☐    No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*
You are scheduled to see the provider Just grievance bmitted RT this 10/26/15 Received Tylenol instructed to

ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):*
Susan Shebel

SIGNATURE *(Firma del Administrador o / su Designado(a)):*

DATE *(Fecha):* 11 / 30 / 15

INMATE SIGNATURE *(Firma del Preso):* Darnell Duett

DATE INMATE RECEIVED APPEAL RESPONSE:
*(Fecha en que el Preso recibió respuesta a su apelacion):* 12 / 14 / 15

JN-48 (Rev. 09/14)       WHITE COPY - PROGRAM SERVICES       YELLOW COPY - CRW / PLATOON COUNSELOR       PINK COPY - INMATE

EXHIBIT D/
0506806

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☑ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

CONTROL #
2015 X 5694

### INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| Duett | Darnell | 20140626293 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
210- Mental Health Treatment

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel):
Cermak                                             DATE REFERRED: 10 / / 15

RESPONSE BY PERSONNEL HANDLING REFERRAL:
Last evaluated by psychiatrist on 10/22/15 and found he did not
meet criteria for treatment w/ psychiatric medication.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| J. Oboue | | mhs | 10/26/15 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

| NON-GRIEVANCE (REQUEST) SUBJECT CODE: (Check applicable box) | INMATE SIGNATURE *(Firma del Preso)* | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: ☐ NON-GRIEVANCE SUBJECT CODE: | Darnell Duett | 11 / 16 / 15 |

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* 11 / 16 / 15

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):*
I BEEN on psychiatric medication almost my whole
life so how did i not meet a criteria And now i am
taking psychiatric medication which is not my right meds

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿ Apelación del detenido aceptada por el administrador o/su designado(a)?    Yes *(Si)* ☐    No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*
Re-evaluated on 11/10/15 by a different psychiatrist and
meds started

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* |
|---|---|---|
| Okono | | 11 / 30 / 15 |

| INMATE SIGNATURE *(Firma del Preso):* | | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion):* |
|---|---|---|
| Darnell Duett | | 12 / 6 / 15 |

FCN-48 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

EXHIBIT E
0506806

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☑ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

CONTROL #
2015 X 5693

### INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| Duett | Darnell | 20140626293 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: Medical Prescription

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Cermak

DATE REFERRED: 10/13/15

RESPONSE BY PERSONNEL HANDLING REFERRAL: Submit a HSRF if you want to be seen

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| Susan Shebel | | | 10/20/15 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): | INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: ___ <br> ☐ NON-GRIEVANCE SUBJECT CODE: ___ | Darnl Dn | 11/16/15 |

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* 11/16/15

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):*

I Have been Submiting Request Slips since i Arived and still i haven't been to see a health doctor about my meds

| ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? <br> ¿ Apelación del detenido aceptada por el administrador o/su designado(a)? | Yes *(Si)* ☐ | No ☑ |
|---|---|---|

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*

You submitted a R/T complaint. You are scheduled to see the provider

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* |
|---|---|---|
| Susan Shebel | | 11/30/15 |

| INMATE SIGNATURE *(Firma del Preso):* | | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibió respuesta a su apelacion):* |
|---|---|---|
| Darnl Dn | | 12/6/15 |

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* DUETT

**PRINT - FIRST NAME** *(Primer Nombre):* DARNEll

**INMATE BOOKING NUMBER** *(# de identificación del detenido)* 20140626293

**DIVISION** *(División):* 10

**LIVING UNIT** *(Unidad):* 3C

**DATE** *(Fecha):* 10-31-15

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a **NON-GRIEVANCE (REQUEST)**, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| **DATE OF INCIDENT** *(Fecha Del Incidente)* | **TIME OF INCIDENT** *(Hora Del Incidente)* | **SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)* |
|---|---|---|
| 10-28-15 | 4:30 | DivisioN 8 Rtu 4F |

I was moved from division 8 Rtu 4F for Complaing about Not getting my medication, and still i have Not been giving all my right medication. I am having SErious health problems and i feel that i am being deNied my medication, and puNished for Complaing. I've been Shot up at least 6 X

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

CAN I plEasE havE my medication, i am iN Serious NEEd of my medication. I haveN't had it siNce 9-28-15. SiNcE i CamE to Cook CouNty Jail

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* Darnell Duett

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| **CRW/PLATOON COUNSELOR (Print):** RHbbs | **SIGNATURE:** Rhubbs | **DATE CRW/PLATOON COUNSELOR RECIEVED:** 11-8-15 |
|---|---|---|
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |

(FCN-40)(SEP 14)  **(WHITE COPY** – INMATE SERVICES)    **(YELLOW COPY** – CRW/PLATOON COUNSELOR)    **(PINK COPY** – INMATE)

EXHIBIT G

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**

| ! This section is to be completed by Program Services staff - ONLY ! | *(! Para ser llenado solo por el personal de Program Services !)* |
|---|---|

| GRIEVANCE FORM PROCESSED AS: | REFERRED TO: |
|---|---|
| ☐ EMERGENCY GRIEVANCE | ☐ CERMAK HEALTH SERVICES |
| ☐ GRIEVANCE | ☐ SUPERINTENDENT: _____ |
| ☐ NON-GRIEVANCE (REQUEST) | ☐ OTHER: _____ |

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso)*: DuETT

PRINT - FIRST NAME *(Primer Nombre)*: DARNell

ID Number *(# de identificación)*: 20140626293

DIVISION *(División)*: 10

LIVING UNIT *(Unidad)*: 3C

DATE *(Fecha)*: 11/9/15

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:   Date of Incident  –  Time of Incident  –  Specific Location of Incident
*(Por Favor, Incluya:   Fecha Del Incidente – Hora Del Incidente – Lugar Específico Del Incidente)*

I came to Cook County Jail on 9-30-15 from Stateville correctional and i haven't been given my medication since then. I take Serious health medication for pain and Nerd damage. I have been Shot multiple times in my head and leg, arm and back. I Need my medication cause without them i suffer from a lot of pain and Numbness, i have been putting in medical request slips to see the Doctor for my medication and still i haven't seen A Doctor And i been moved because of my complaing

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitado)*:

CAN i get my medication please, i have been Suffering long Enough without my MEDS

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE *(Firma del Preso)*: Darn Duett

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print): R Tubbs

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECIEVED: 11/10/15

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED: ___/___/___

(FCN-47)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☒ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL # **20156369**

## INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso)* | INMATE FIRST NAME *(Primer Nombre)* | ID Number *(# de Identificación)* |
|---|---|---|
| Duett | Darnell | 20140626293 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

190- Medical Prescription

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE *(if applicable)*:

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO *(Example: Superintendent, Cermak Health Services, Personnel)*: Cermak

DATE REFERRED: 11/8/15

RESPONSE BY PERSONNEL HANDLING REFERRAL:

You are currently receiving your meds Medication transferred 2/T change of

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| Susan Shebel | | | 11/18/15 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | Darn Dum Inmate Signature | | 12/1/15 |

NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box)*:
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GREIVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso)*: Darn Dun

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 1/6/16

## INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

I AM Not getting my medication I was taking for getting shot multi times tremadol, PAMolor and gaBapiNDAS, NAprot...

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)*  Yes *(Si)* ☐   No ☒

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)*

Receiving medications ordered. Medication may be ordered as clinically indicated by provider evaluated ... + evidence ... allegation

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a):)* | DATE *(Fecha)*: |
|---|---|---|
| Susan Shebel | | 12/14/15 |

INMATE SIGNATURE *(Firma del Preso)*: Darn Dun

DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el preso recibió respuesta a su apelación):* 1/6/16

(FCN-48)(NOV 11)      (WHITE COPY – PROGRAM SERVICES)      (YELLOW COPY – C.R.W./PLATOON COUNSELOR)      (PINK COPY – INMATE)

EXHIBIT I

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE  ☑ NON-GRIEVANCE (REQUEST)

### INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

CONTROL # N/A

| INMATE INFORMATION *(Información del Preso)* | | |
|---|---|---|
| INMATE LAST NAME *(Apellido del Preso):* Duett | INMATE FIRST NAME *(Primer Nombre):* Darnell | ID Number *(# de identificación):* 20140626293 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 190-Medical Prescription

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Cermak

DATE REFERRED: 11/10/15

RESPONSE BY PERSONNEL HANDLING REFERRAL: You have Primary Care appt The week of 11/30/15

PERSONNEL RESPONDING TO GRIEVANCE (Print): Lavita Seamon | SIGNATURE: | DIV. / DEPT. 10 | DATE: 11/24/15

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: / /

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):* Darnell Duett

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* 12/6/15

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* *Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):*

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*
Yes *(Si)* ☐   No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*

ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* / /

INMATE SIGNATURE *(Firma del Preso):* Darnell Duett

DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibió respuesta a su apelacion):* 12/6/15

**EXHIBIT J**

## Medication
Medicine is to be taken under the care of a doctor or physician assistant. If not used correctly, they can be dangerous. All medicine given to you by Cermak are prescribed and given to you according to policy. Be sure to tell the Cermak doctors **ALL** medicine that you have been taking. This includes both prescribed and street drugs. A Cermak Doctor or physician assistant will prescribe your medicine as needed. The medicine may look different or have a different name than the ones you took before you were in jail. Do not share or give your medicine to any inmate. Take your medicine as ordered. Do not share medicine with friends. If you have questions about medicine, talk to Cermak staff.

Some of you will receive every dose of medicine form a nurse. Some of you will receive medicine in a packet. If you get your medicine in a packet, you will be responsible for taking the medicine as you would at home. This medicine must be kept in the identified packet with your name on it. Medicine without your name on it will be taken away by CCDOC. You must request a refill for some types of medicine such as an asthma inhaler or tubes of certain ointments. Tell the nurse or medical tech when you have two (2) days or medicine left. They may ask to see what is left. You will fill out a request form. The nurse will confirm the order and send the form to the pharmacy for your refill.

## Medical Appointment
It is very important that you keep all scheduled medical appointments. CCDOC will be sure to get you to your appointments. Your cooperation is needed.

## Emergency/Urgent Medical Care
You must immediately tell a CCDOC or Cermak staff member in person if you are having a medical or mental health emergency. You may also have a fellow inmate tell a CCDOC or Cermak staff member if you cannot do it yourself. Cermak Health Services provides emergency medical care every day and night. There is medical staff on-site in an emergency room setting at Cermak or in the Division Dispensaries. You will be sent to an outside hospital emergency room if necessary.

A. **Mission Statement**
The mission of the Department of Corrections is to protect the public from criminal offenders through a system of incarceration and supervision, which securely segregates offenders from society, assures offenders of their constitutional rights, and maintains programs to enhance the success of offenders' reentry into society.

.. provides unimpeded access to health care. Visits to the Health Care Unit will not always result in seeing a physician however assessment and care will always be given by competent medical personnel. Offenders who are experiencing problems with their medical treatment that cannot be resolved by medical staff should bring those issues to the attention of the Health Care Unit Administrator by sending an offender request slip. If the Health Care Unit Administrator cannot resolve the issue the offender may then file a grievance.

**Security Staff**
Lieutenants, Sergeants and Officers are responsible for protecting all persons and property; ensuring sanitation standards are met, conducting institutional counts, controlling offender movement, conducting pat downs/shakedowns of any person or area of the facility as directed and enforcement of institutional rules.

**Health Care Unit**
The Health Care Unit provides offenders with a full range of medical, dental and mental health services including specialty and consultant services deemed necessary. An infirmary for in-patient services is staffed by professional nurse's 24 hours a day and placement in a community hospital is available for acute illness or injury.

EXIBIT K

# NRC SPECIAL NEEDS PERMIT

Inmate Name ___Ducor Dinma___ Number: _R74587_

Reason:  1. ~~One Gallery~~
         2. Low Bunk
         3. ~~Can Have Crutch(s)~~
         4. Other: _Close Watch psych patient_

Date: _5/2/1_ x 30 days

Provider: _Dr /Sm_

---

2.  Put the form in a Health Service Request drop box after it is filled out. A drop box is located on each tier of the jail. Do not give the form to a CCDOC staff member because it contains your private health information. After your request has been reviewed by a Cermak staff member, you will be scheduled for an appointment if needed. The date will be based on the need of your request.

3.  All persons with chronic illness will be followed by a medical provider in a clinic. You will be scheduled for regular check-ups. If you forgot to tell our staff about your chronic illness at intake, you may place a Health Service Request at any time. You will be scheduled for an appointment after you put the form in the drop box.

EXHIBIT L

```
OERCR102              ILLINOIS DEPARTMENT OF CORRECTIONS        PAGE:        2
                         OFFENDER TRACKING SYSTEM:  CR      RUN DATE: 08/05/13
                         INITIAL CLASSIFICATION REPORT       RUN TIME: 11.46.37
                             CURRENT LOCATION:  NORTHERN R&C
NAME: DUETT, DARNELL                                          SEX: MALE
IDOC #: R74587
TRF ID: 007
```

****************************************************************************

3.  ADMIN CONCERNS:      OVERRATED SECURITY SCORE        ESCAPE CONSIDERATIONS

                         UNDERRATED SECURITY SCORE       MAJOR CRIM CHGS PENDING

                         DISCIPLINARY ACTION AT R&C      THREAT TO INST SECURITY

                    X  OTHER: TIME TO MSR                SERIOUSNESS OF OFFENSE

        ESCAPE RISK    : LOW           SET AS MAX SEC      SET AS MED SEC

        CURRENT OFNS :                 MURDER (MAX)

        MENTAL HEALTH:                 HISTORY (MED)

        TIME TO MSR  :   0  YEARS    5 MONTHS

        TIME TO SERVE:   >=20 (MAX)          >=20 (MED)       8 TO <20 (MED)

        PRIOR INCAR  :   SEG MSR (MAX)    ATC VIOL (MAX)    ATC VIOL (MED)

****************************************************************************

4.  SECURITY LEVEL RECOMMENDATIONS:

        A. SCORED SECURITY DESIGNATION          MAXIMUM

        B. RECOMMENDED SECURITY DESIGNATION     MINIMUM

        C. R&C DESIGNATED SECURITY              MINIMUM

****************************************************************************

5. CRITICAL NEEDS/CONCERNS:  X  MENTAL HEALTH NEEDS       MEDICAL NEEDS

                                KEEP SEPARATE FROMS       PHYSICAL NEEDS

                                OTHER

****************************************************************************



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):*
DUETT

**PRINT - FIRST NAME** *(Primer Nombre):*
DARNEll

**INMATE BOOKING NUMBER** *(# de identificación del detenido)*
20140626293

**DIVISION** *(División):*
10

**LIVING UNIT** *(Unidad):*
1 D

**DATE** *(Fecha):*
11-24-15

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario.

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 11-22-15 | 6:300 | Div 10 3-C Shower area |

I was StaBBED in my mouth multiple times and i've complain since then that i NEED to see a doctor after i awoke the Next day. My lip have become infected and NURSE JANE DoE 2nd shift Approx 8.00 refused to give me any proper help on 11-23-15 after i showd her my mouth c/o CHRstine and c/o Rouba Even called HEalth carE for me multiple times

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse):*
I been putting in multi Yellow HEALth carE REQUEST slips and Not BEEN seen I WANT proper mEdical treatment, and the NAMES of the JANE DoE NursES cause i feel that they are responsabe for my wounds getting infected after they was aware before hand.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA E INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información:)*
c/o BROW c/o CHRISTE c/o SHEIDY c/o RYBARCZYK INMATE(S) Reginald MARTIN Darius Smith

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):*
Darnell Duett 11-24-15

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| Mitchell | | 11/24/15 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-40)(SEP 14)  **(WHITE COPY** – INMATE SERVICES)  **(YELLOW COPY** – CRW/PLATOON COUNSELOR)  **(PINK COPY** – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Aguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2015 6825

## INMATE INFORMATION

INMATE LAST NAME *(Apellido del Preso)*: Duett

INMATE FIRST NAME *(Primer Nombre)*: Darnell

ID Number *(# de Identificación)*: 2014 0626293

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 170 Living Conditions

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE: *(if applicable)*:

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO *(Example: Superintendent, Cermak Health Services, Personnel)*: DiV

DATE REFERRED: 11/30/15

RESPONSE BY PERSONNEL HANDLING REFERRAL: STAFF REMINDED THAT ~~~~ TO BE PROVIDED WITH CLEANING SUPP ~~~~ THeir CELLS

PERSONNEL RESPONDING TO GRIEVANCE (Print):

SIGNATURE:

DIV./DEPT.:

DATE: 12/29/15

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DIV./DEPT.:

DATE: / /

NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box)*:
☐ GRIEVANCE SUBJECT CODE:
☐ NON-GREIVANCE SUBJECT CODE:

INMATE SIGNATURE *(Firma del Preso)*: Darn Du

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 1/6/16

## INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* 1/6/16

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

THEY NEVER give us Cleaning Supplies, Rewind the Camera

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)*
Yes *(Si)* ☐     No ☑

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)*

Orginal Response to Stand

ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a))*: J Mbell

SIGNATURE *(Firma del Administrador o/su Designado(a):)*:

DATE *(Fecha)*: 1/12/16

INMATE SIGNATURE *(Firma del Preso)*: Darn DW

DATE INMATE RECEIVED APPEAL RESPONSE
*(Fecha en que el preso recibió respuesta a su apelación)*: 1/16/16

(FCN-48)(NOV 11)     (WHITE COPY – PROGRAM SERVICES)     (YELLOW COPY – C.R.W./PLATOON COUNSELOR)     (PINK COPY – INMATE)

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL # | INMATE ID #

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

### GRIEVANCE FORM PROCESSED AS:
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

### REFERRED TO:
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE **LAST** NAME *(Apellido del Preso):* DUETT

PRINT - **FIRST** NAME *(Primer Nombre):* DARNELL

INMATE BOOKING NUMBER *(# de identificación del detenido):* 2014062293

DIVISION *(División):* 10

LIVING UNIT *(Unidad):* 1-D

DATE *(Fecha):* 11-29-15

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

DATE OF INCIDENT *(Fecha Del Incidente)* 11-22-15

TIME OF INCIDENT *(Hora Del Incidente)* 7:00 P.M

SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* Div 10 1-D SEgragation

I was placed in cell 9 of one "D" of division 10, upon me arriving in the cell. I smelt human feces, and notice a big pile of human feces on the bed that were in the room. I've asked every c/o on every shift can i please get something to clean the feces off of my walls and chuck hole. To this day i haven't been giving NO cleaning supplies and that's still feces all around my cell

ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED *(Acción que esta solicitado, Esta sección debe completarse)*

Can i please be moved to another room or can i please get cleaning supplies to clean the feces off my food slot and walls. And get something to Eliminate the strong smell of feces out of my room PLEASE A.S.A.P. Cause i can't eat nothing

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información):* c/o MACUHN c/o fisher c/o PINEDA c/o Christine c/o MARZEC c/o PATTON

INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* Darnell Duett

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print): Mitchell

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECIEVED: 11/30/15

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:

(FCN-40)(SEP 14) | (WHITE COPY – INMATE SERVICES) | (YELLOW COPY – CRW/PLATOON COUNSELOR) | (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2015 7012

### INMATE INFORMATION

INMATE LAST NAME *(Apellido del Preso):* Duett

INMATE FIRST NAME *(Primer Nombre):* Darnell

ID Number *(# de Identificación):* 2014 0626293

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 110 - Inmate on Inmate (physical)

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable): CRW advised inmate to submit a Medical Health Request form to address his medical issues and to seperate issues and re submit a grievance about medical. C/ID Notified

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO: 10-Supt   DATE REFERRED: 12/7/15

RESPONSE BY PERSONNEL HANDLING REFERRAL: MEDICAL STAFF IS IN THE DIVIS 24 HR. AND INMATE NEEDS TO SPEAK WITH WHO PASS MEDICATION ON TIERS ON ALL SHIFTS IF MEDICAL IS STILL NEEDED

PERSONNEL RESPONDING TO GRIEVANCE (Print): C+   SIGNATURE:   DIV/DEPT: 10   DATE: 12/15/15

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):   SIGNATURE:   DIV/DEPT: 10   DATE: 12/16/15

☐ GRIEVANCE SUBJECT CODE:
☐ NON-GRIEVANCE SUBJECT CODE:

INMATE SIGNATURE: Darnell Duett

DATE RESPONSE WAS RECEIVED: 12/22/15

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: 12/22/15

INMATE'S BASIS FOR AN APPEAL: I WANT to press charges on INMATE that STABBED ME

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes ☒ No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: Request assistance from your CRW with pressing charges.

ADMINISTRATOR/DESIGNEE: Theresa Olson   SIGNATURE:   DATE: 12/29/15

INMATE SIGNATURE: Darn Dunn

DATE INMATE RECEIVED APPEAL RESPONSE: 1/13/16

(FCN-48)(NOV 11)   (WHITE COPY - PROGRAM SERVICES)   (YELLOW COPY - C.R.W./PLATOON COUNSELOR)   (PINK COPY -



☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| DUETT | DARNEll | 20140626293 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 10 | 3A | 12-5-15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 11-22-15 | 6:15 | DIVISON 10 3-C Shower AREA |

I'VE BEEN Stabbed iN my mouth multiple times by inmate BARNS oN my way iN the shower, my mouth have become infected and i can't feel my bottom lip. ANd they haven't let me press charges Nor give me proper medical treatment

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

CAN i get medical attioNtion, and i want to press charges oN inmate

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS de 2 DÍAS ANTES QUE CUANDO LE ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* |
|---|---|
| ReggiwaL MARtin AND the rest of high Side 3-C | DarNell DUtt |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| R Hildo | | 12-7-15 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-40)(SEP 14)     **(WHITE COPY** – INMATE SERVICES)     **(YELLOW COPY** – CRW/PLATOON COUNSELOR)     **(PINK COPY** – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

GRIEVANCE ☒   NON-GRIEVANCE (REQUEST) ☐

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

CONTROL # 20156796

### INMATE INFORMATION

INMATE LAST NAME *(Apellido del Preso)*: Duett

INMATE FIRST NAME *(Primer Nombre)*: Darnell

ID Number (# de Identificación): 2014062293

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 200 Medical Treatment

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable): CRW instructed inmate to complete health sciences form to seek treatment.

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): Cermak   DATE REFERRED: 12/30/15

RESPONSE BY PERSONNEL HANDLING REFERRAL: Scheduled to seen by provider 12/7. Take as directed

PERSONNEL RESPONDING TO GRIEVANCE (Print):   SIGNATURE:   DIV./DEPT.   DATE:

NON-GRIEVANCE (REQUEST) SUBJECT CODE: ☐   INMATE SIGNATURE: Darn Dr   DATE RESPONSE WAS RECEIVED:

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

DATE OF INMATE'S REQUEST FOR AN APPEAL:

INMATE'S BASIS FOR AN APPEAL: I wasn't given pain meds for this wound

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?  Yes ☐  No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: Accepted reflects you received ... beginning 9/7/15 every 12 hour

ADMINISTRATOR/DESIGNEE:   SIGNATURE:   DATE: 1/20/16

INMATE SIGNATURE: Mailed To federal Prisons   DATE INMATE RECEIVED APPEAL RESPONSE: 2/4/16

(FCN-48)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – C.R.W./PLATOON COUNSELOR)   (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| DUETT | DARNELL | 20140626293 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 10 | 1-D | 11-25-15 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 11-22-15 | 6:30 PM | DIV 10 3-C |

I'VE BEEN STABBED multiple times in my mouth and Now it's infected and i haven't BEEN given medical care

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I NEED medical CARE

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL IT TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* |
|---|---|
| c/o chrisTane c/o PINEDA c/o MacuiaN | Darnell Duett |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| MITCHELL | *(signature)* | 11/24/15 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

| (FCN-40)(SEP 14) | **(WHITE COPY** – INMATE SERVICES) | **(YELLOW COPY** – CRW/PLATOON COUNSELOR) | **(PINK COPY** – INMATE) |

# EXHIBIT # T

TROY V. GROOMS, is only named as
an EXHIBIT is because he is a SENIOR UNITED States
probation officer, that have completed a (PSI) pre-
sentence investigation on my life history. And during
his investigation Troy v. Grooms prepaired a (PSR)
presentence report that have been confirmed through
his sources.

(PSIR) DOCKET NO.; 0752    1.14R00311-3

(SEE) PART C. OFFENDER Characteristics 91-108
(SEE) physical condition 109-118
(SEE) MENTAL and Emotional Health 118-123

UNITED STATES PROBATION OFFICE
NORTHERN DISTRICT OF ILLINOIS

**TROY V. GROOMS**
SENIOR UNITED STATES PROBATION OFFICER

230 SO. ~~63 E. MONROE~~ DEArborn
~~SUITE 1500~~ 34th fl.
CHICAGO, ILLINOIS 60603

FAX: (312) 408-5045                DIRECT: (312) 435-5750
EMAIL: troy_grooms@ilnp.uscourts.gov